IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

FILED

MAR 3 1 2017

Clerk, U.S. District Court
District Of Montana
Billings

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE STATE OF MONTANA

vs.

**Jesse James MEYERS**      No. CR 17-06-BLG-SPW-01

DOB: /1991      PETITION TO OPEN
JUVENILE/SEALED RECORDS

SSN: XXX-XX-4209

Whereas the above-name defendant entered a plea of GUILTY to the offense of Possession with Intent to Distribute Methamphetamine and District Court Judge Susan P. Watters having ordered a Pre-Sentence Investigation into the defendant's background, the Petitioner requests all juvenile records pertaining to the defendant, including Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records and Department of Institutions records, be made available.

Dawn M. Roberts, U.S. Probation/Parole Officer

03-31-2017
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records held by any Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

U.S. District Judge

Dated this 31st day of March, 2017.