IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-6-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JESSE JAMES MEYERS, | |
| Defendant. | |

At the request of U.S. Probation,

IT IS HEREBY ORDERED that the probation officer shall have an extension from July 11, 2017 to **Friday, July 14, 2017** to disclose the completed presentence report, except for recommendations of the probation officer, to counsel for Defendant, and counsel for the government. The probation officer shall not disclose any recommendation made or to be made to the Court.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 30th day of June, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1