FILED
SEP 21 2017
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-6-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JESSE JAMES MEYERS, | |
| Defendant. | |

Upon the United States' Motion to Dismiss with Prejudice Forfeiture Allegation (Doc. 30), and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is DISMISSED WITH PREJUDICE.

DATED this 21st day of September, 2017.

SUSAN P. WATTERS
United States District Court Judge

1