IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE JAMES MEYERS,<br><br>Defendant. | CR 17-00006-BLG-SPW<br><br><br>ORDER |

For the reasons stated on the record, JESSE JAMES MEYERS is hereby released from the custody of the U.S. Marshals Service.

DATED this 7th day of April, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1